UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

                 - against-

BANGALY DIABATE, and
CHEIK DIABY,

                 Defendants.
-------------------------------------------------x

**ORDER**

20 Cr. 481-2 (ER)

Ramos, D.J.:

      Arraignment and initial conference will be held on **May 22, 2026, at 4:00 p.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

      SO ORDERED.

Dated:  May 20, 2026
         New York, New York

                                            Edgardo Ramos, U.S.D.J.