UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

- against-

BANGALY DIABATE,

Defendant.
------------------------------------------------x

**ORDER**

26 Cr. 193-1 (ER)

Ramos, D.J.:

A change of plea hearing will be held on **October 9, 2026, at 2:30 p.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: October 8, 2026
New York, New York

Edgardo Ramos, U.S.D.J.